UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DARREN GREEN (#438161)

VERSUS

N. BURL CAIN, ET AL.

CIVIL ACTION

NO. 12-749-JJB-SCR

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated August 25, 2014 (doc. no. 10). The plaintiff filed an objection which merely restates his prior argument and has been duly considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody filed by Darren Green is DENIED. Further, a certificate of appealability is DENIED for the reasons set forth in the report.

Baton Rouge, Louisiana, this 11th day of September, 2014.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA